## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS ANDREW DI DONNA, | : | No. 3:26cv310 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Latella) |
| RAYMOND TONKIN, *et al.*, | : | |
| Defendants | : | |

## ORDER

Presently before the court is the Report and Recommendation ("R&R") of Magistrate Judge Leo J. Latella recommending that Plaintiff Louis Andrew Di Donna's *pro se* complaint be dismissed. (Doc. 14). Judge Latella recommends that the plaintiff's claims under 42 U.S.C. § 1983 be dismissed with prejudice as either time-barred or a lacking merit. He recommends that the plaintiff's state law claims be dismissed without prejudice to the plaintiff bringing those claims in the appropriate state court. Di Donna has not filed any objections to the recommendation and the time for such filing has passed.

In deciding whether to adopt the report and recommendation when no timely objection is filed, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the

recommendation"); see also 28 U.S.C. § 636(b)(1); <u>Sullivan v. Cuyler</u>, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, the court finds neither clear error on the face of the record nor a manifest injustice, and therefore, the court shall accept the R&R and adopt it in its entirety.

Accordingly, it is hereby **ORDERED** as follows:

1) The R&R (Doc. 14) is **ADOPTED**;

2) Plaintiff's complaint, (Doc. 1), is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii);

3) Plaintiff's Section 1983 claims are **DISMISSED** with prejudice;

4) The court declines to exercise supplemental jurisdiction over the plaintiff's state law claims and those claims are **DISMISSED** without prejudice; and

5) The Clerk of Court is directed to close this case.

BY THE COURT:

Date: 7-7-26

_____
JUDGE JULIA K. MUNLEY
United States District Court

2